IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| NAVIGATOR HEARTLAND GREENWAY LLC, | ) ) | CASE NO. 4:23-CV-272 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PROPOSED SCHEDULING** |
| | ) | **ORDER AND** |
| STORY COUNTY, IOWA and STORY | ) | **DISCOVERY PLAN** |
| COUNTY BOARD OF SUPERVISORS, | ) | |
| | ) | |
| Defendants. | ) | |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement during the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? **X yes**   ☐**no**

    If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **October 9, 2023**

    *If any party objected during the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this proposed scheduling order and discovery plan is filed in the court's CM/ECF system, serve and file a document in which the objections are set forth with particularity.*

2.   Deadline for motions to add parties:          **November 7, 2023**

3.   Deadline for motions to amend pleadings:       **November 7, 2023**

4.   Expert witnesses disclosed by:   a)   Plaintiff: **December 7, 2023**

                                      b)   Defendant: **February 5, 2024**

                                      c)   Plaintiff Rebuttal: **March 6, 2024**

5.   Deadline for *completion* of discovery:   **May 6, 2024**

6.   Dispositive motions deadline:  **June 4, 2024**
     (***at least 150 days before Trial Ready Date***)

7.   Trial Ready Date: **November 1, 2024**
     (***at least 150 days after Dispositive Motions Date***)

8.   Has a jury demand been filed?       **yes   X no**

9.   Estimated length of trial:   **5** days

10.  Settlement Conference:

     ☐   A court-sponsored settlement conference should be set by the court at this time for a date after (insert date).

     **X**   A court-sponsored settlement conference is not necessary at this time.

11.  Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?  ☐ **yes    X no, we do not unanimously consent**

By:  /s/ *Elizabeth A. Culhane*
     Elizabeth A. Culhane, #AT0013212
     Katherine A. McNamara, #AT0013579
     FRASER STRYKER PC LLO
     500 Energy Plaza
     409 South 17th Street
     Omaha, NE 68102
     Telephone:  (402) 341-6000
     Facsimile:  (402) 341-8290
     eculhane@fraserstryker.com
     kmcnamara@fraserstryker.com
     ATTORNEYS FOR PLAINTIFF

By:  /s/ *Jason M. Craig*
Jason M. Craig, AT0001707
Emily Kohlbe, AT0012313
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA  50309-2231
jcraig@ahlerslaw.com
ekohlbe@ahlerslaw.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that on the 7th day of September, 2023, a copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to the following:

Jason M. Craig                          jcraig@ahlerslaw.com
Emily Kohlbe                            ekohlbe@ahlerslaw.com
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA  50309-2231
ATTORNEY FOR DEFENDANTS


/s/ *Elizabeth A. Culhane*

3056873v1