IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| NAVIGATOR HEARTLAND GREENWAY LLC,<br><br>Plaintiff,<br><br>v.<br><br>STORY COUNTY, IOWA and STORY COUNTY BOARD OF SUPERVISORS,<br><br>Defendants. | ) | CIVIL NO. 4:23-cv-272<br><br>**UNOPPOSED MOTION TO STAY ENTRY OF PROPOSED ORDER AND DISCOVERY PLAN** |

COMES NOW, Plaintiff Navigator Heartland Greenway, LLC ("Navigator"), by and through its undersigned counsel, and hereby moves for an order staying the entry of a Proposed Scheduling Order and Discovery Plan to a date to be determined upon further order of this Court. In support of this unopposed motion, Navigator states the following:

1. Navigator's Complaint in the above-captioned matter was filed on July 28, 2023. (Filing No. 1, hereafter, "Story County II"). The Story County II lawsuit arises from Story County's adoption of Ordinance No. 311, which Navigator contends unlawfully amended Chapters 85 and 86 of the Story County Code of Ordinances relating to hazardous materials pipeline regulations.

2. Prior to the filing of this lawsuit, on May 24, 2023, Navigator filed a lawsuit in this District against Story County, Story County Board of Supervisors, and individual supervisors in their official capacities, Latifah Faisal, Linda Murken, and Lisa Heddens. (Case No. 4:23-cv-13, Filing No. 36, hereafter "Story County I").

3. On September 8, 2023, the parties filed a Proposed Scheduling Order and Discovery Plan in the above-captioned matter. (Filing No. 8).

4. On September 13, 2023, a telephonic status conference was held before the Honorable Magistrate Judge Jackson. During the conference, the parties confirmed agreement that, in light of issues discussed below, the entry of a Proposed Scheduling Order and Discovery Plan should be stayed until further order of the Court. On this same date, the Court entered a text order confirming same (Filing No. 9), noting that the instant motion would be filed.

5. In a separate lawsuit pending in this District, filed by Plaintiffs William Couser and Summit Carbon Solutions, LLC ("Summit") against Story County and Story County Board of Supervisors, Case No. 4:22-cv-383, similar issues of federal and state preemption are currently being litigated in cross-motions for summary judgment (hereafter, the "Summit Cross Summary Judgment Motions"). (*See* Case No. 4:22-cv-383, Filing Nos. 30, 30-1, 30-2, 30-3, 31, 31-1, 31-2, and 34). The Summit Cross Summary Judgment Motions involve claims of state and federal preemption of Story County Ordinance Nos. 306 and 311, which claims are, in part, at issue in this lawsuit and Navigator's Story County I lawsuit.

6. Given that the District Court's decision in the Summit Cross Summary Judgment Motions may likely impact claims and defenses asserted in the above-captioned matter, in the interests of preventing further unnecessary or burdensome discovery and in the interests of judicial economy, a stay of the entry of a Proposed Scheduling Order and Discovery Plan is warranted. This request seeks to promote judicial efficiency by "secur[ing] the just, speedy, and inexpensive determination" of this case. Fed. R. Civ. P. 1.

7. A stay of the entry of a Proposed Scheduling Order and Discovery Plan will potentially streamline the above-captioned case, may avoid unnecessary discovery and undue expense and burden on the parties, and serves judicial economy. *See*, *e.g*., *Duncan v. Int'l Market Live*, *Inc*., 2020 U.S. Dist. LEXIS 267449, *4 (S.D. Iowa Sept. 23, 2020) (granting request to stay

discovery where the stay "will protect both parties from incurring undue burdens or expenses" until the district court ruled on a pending motion); *Kahsai v. DeJoy*, 2023 U.S. Dist. LEXIS 48183 (D. Minn. Mar. 22, 2023) (granting motion to stay discovery and all "interim deadlines" until further order of the Court where defendant was granted leave to file an early summary judgment motion); *Goings v. Chickasaw County*, 2007 U.S. Dist. LEXIS 72861 (N.D. Iowa Sept. 28, 2007) (granting joint motion to stay discovery pending ruling on a motion for summary judgment filed by defendant).

8. Neither party will be prejudiced by an extension of discovery. Once a ruling on the Summit Cross Summary Judgment Motions is entered, the parties will confer and ask the Court to enter a Proposed Scheduling Order and Discovery Plan as necessary at that time. *See*, *e.g.*, *Duncan*, 2020 U.S. Dist. LEXIS at *5 (finding neither party would be prejudiced by a stay of discovery because of the Court's ability to reset deadlines as necessary).

9. This request to extend the entry of a Proposed Scheduling Order and Discovery Plan does not relate to, and should have no impact upon, the parties' ability to file motions during the extension period.

10. Counsel for Navigator has conferred with Defendants' counsel, and Defendants have no objection to this motion.

WHEREFORE, Navigator respectfully requests the Court enter an order staying the entry of a Proposed Scheduling Order and Discovery Plan until further order of the Court.

DATED this 18th day of September, 2023.

NAVIGATOR HEARTLAND GREENWAY, LLC,
Plaintiff

By: /s/ *Elizabeth A. Culhane*
Elizabeth A. Culhane, AT0013212
Katherine A. McNamara, #AT0013579

FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
eculhane@fraserstryker.com
kmcnamara@fraserstryker.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 18th day of September, 2023, a copy of the above and foregoing was served via email upon the following counsel of record:

Jason M. Craig — jcraig@ahlerslaw.com
Emily Kohlbe — ekohlbe@ahlerslaw.com
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309-2231
ATTORNEY FOR DEFENDANTS

*/s/ Elizabeth A. Culhane*

30635901v1